IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 16–06–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| NICHOLAUS WADE MANGELS, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on June 21, 2016. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Nicholaus Wade Mangels' guilty plea after Mangels appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of possession of

1

child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2), as set forth in the Superseding Information. In exchange for Defendant's plea, the United States has agreed to dismiss the Indictment and the Superseding Indictment filed against him.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 59), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Nicholaus Wade Mangels' motion to change plea (Doc. 49) is GRANTED and Nicholaus Wade Mangels is adjudged guilty as charged in the Superseding Information.

DATED this 11th day of July, 2016.

/s/ Dana L. Christensen
Dana L. Christensen, Chief District Judge
United States District Court