```
                                                              FILED
                                                          FEB 08 2019
                                                          Clerk, U.S Courts
                                                          District Of Montana
                                                          Missoula Division
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–06–M–DLC |
| Plaintiff, | ORDER |
| vs. | |
| NICHOLAUS WADE MANGELS, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion to Allow Testimony via Video. (Doc. 93.)

IT IS ORDERED that the motion (Doc. 93) is GRANTED. Forensic Examiner Stephen Holmes may testify via video at the February 22, 2019 final revocation hearing in this matter. Prior to the hearing, counsel for the United States shall contact the Court's IT staff to coordinate the appearance.

DATED this 8th day of February, 2019.

*Dana L. Christensen*, Chief District Court Judge
United States District Court

1